United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIN DEL TORO, et al.,

               Plaintiffs,

     v.

CROWN LABORATORIES, INC.,

               Defendant.

Case No. 24-cv-03996-TLT

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 28

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward Chen for consideration of whether the case is related to Garcia et al. v. Crown Labs., Inc., No. 3:24-cv-01448-EMC and Flores et al. v. Crown Labs, Inc., No. 3:24-cv-03591-EMC.

**IT IS SO ORDERED.**

Dated: July 15, 2024

_____

TRINA L. THOMPSON
United States District Judge